NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**CARMAZZI GLOBAL SOLUTIONS, INC.,**
*Appellant*

**v.**

**COMMISSIONER OF SOCIAL SECURITY,**
*Appellee*

_____

2022-1231

_____

Appeal from the Civilian Board of Contract Appeals in Nos. 6265, 6273, 6274, 6275, 6276, 6277, 6278, 6280, 6281, 6282, 6283, 6288, 6342, 6343, 6344, Administrative Judge Erica S. Beardsley, Administrative Judge Harold D. Lester Jr., Administrative Judge Joseph A. Vergilio.

_____

**JUDGMENT**

_____

PATRICK BERNARD KERNAN, Whitcomb, Selinsky, PC, Denver, CO, argued for appellant. Also represented by TIMOTHY TURNER.

BORISLAV KUSHNIR, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for appellee. Also represented by BRIAN M. BOYNTON, MARTIN F. HOCKEY, JR., PATRICIA M.

MCCARTHY; BRANDON DELLAGLIO, DOROTHY M. GUY, TAL KEDEM, ALICE SOMERS, Office of the General Counsel, United States Social Security Administration, Baltimore, MD.

––––––––––––––––––

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (MOORE, *Chief Judge*, LOURIE and PROST, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

December 28, 2022
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court